JOYCE N. GAY, WIDOW AND JOYCE N. GAY, NEXT FRIEND OF
SANDRA GAY, THE MINOR CHILD OF JOSEPH H. GAY, DE-
CEASED (EMPLOYEE) v. GUARANTEED SUPPLY COMPANY,
INC., (EMPLOYER) AND AETNA CASUALTY & SURETY COM-
PANY, INSURER

No. 7218IC443

(Filed 28 June 1972)

**Master and Servant § 62— workmen's compensation — automobile accident
— relation to employment**

 The record supported the Industrial Commission's determination
that the deceased employee's fatal automobile accident while return-
ing home on a weekend from his job site in another state did not arise
out of and in the course of his employment.

APPEAL by plaintiffs from Award of the North Carolina
Industrial Commission filed 24 November 1971.

From an award determining that the death of an em-
ployee did not arise out of and during the course of his employ-
ment and therefore denying death benefits, plaintiffs appealed.

*Narron, Holdford and Babb by Talmadge L. Narron, for
plaintiff appellants.*

*Smith, Moore, Smith, Schell & Hunter by Richmond G.
Bernhardt, Jr., for defendant appellees.*

VAUGHN, Judge.

For the factual background of this controversy see the
opinion disposing of an earlier appeal. *Gay v. Supply Co.,* 12
N.C. App. 149, 182 S.E. 2d 664. In that decision, the order
of the Commission was reversed and the cause was remanded for
further deliberations. On 24 November 1971, the Commission
again determined that the deceased employee's fatal accident did
not arise out of and in the course of his employment.

Counsel for appellants have pursued their cause with ad-
mirable diligence. We hold, however, that the findings and
conclusions of the Commission are supported by the record and,
in law, we find no reversible error. The Award of the North
Carolina Industrial Commission is affirmed.

Affirmed.

Judges MORRIS and GRAHAM concur.